JOHN D. CUTTER et al., Appellants, *v.* ALEXANDER W. HUME et al., Respondents.

(Argued March 14, 1893; decided May 5, 1893.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made December 31, 1891, which affirmed a judgment in favor of defendants, entered upon a decision of the court on trial at Special Term.

*Alex Thain* for appellants.

*James L. Bishop* for respondents.

Agree to affirm; no opinion.
All concur.
Judgment affirmed. _____